# YAZOO COUNTY CORRECTIONAL FACILITY

| DATE | TIME | SHIFT: C | SGT: Brownlow | SHIFT TIME: 19:00-07:00 p.m A.m |
|------|------|----------|---------------|------|
| 12-23-14 | | | NOTES | |
| | 20:36 | \ C/O Banks logged onto booking. | | |
| | 20:38 | SO-5 enters with 1M count @ 74 | | |
| | 22:15 | Sgt. Brownlow doing a formal count also passing out snack bags | | |
| | 22:21 | Count complete. | | |
| | 00:08 | 10/15 S. Miles out for breathing treatment. | | |
| | 00:32 | Sgt. Brownlow enters to ▇▇▇ in seg. | | |
| | 00:34 | Sgt. Brownlow enters out of seg. Talked to 10/15 ▇▇▇▇▇ 15 ▇▇▇ face swollen eyes swollen shut. Need medical attention. | | |
| | 01:29 | SO-12 enters with 1m&e count @ 75 | | |
| | 01:35 | SO-12 exit | | |
| | 02:49 | SO-8 enters with 1M and 1F count @ 78 | | |
| | 03:05 | SO-8 exit with 1F count @ 76 | | |
| | 03:40 | Logged off booking to go to state side so search book corners u... | | |
| | 04:00 | \ C/O Banks logged back onto booking. | | |
| | 05:42 | logged off to go deliver meals | | |
| | 06:12 | \ C/O Banks logged back onto booking ▇▇▇▇▇ ▇▇▇▇ Y.C.F.D. Med Stat. Capt Edwards | | |
| | 6:30 | Sheriff J. Sherriff enters. | | |
| | 06:37 | Med Stat exits with 10/15 ▇▇▇▇▇ in seg 1123 | | |
| | 06:39 | Warden Reaves enter | | |
| | 06:40 | SO-2 and SO-3 enters seg | | |

Taylor SO-12
06:27 - Stubblefield
06:43 - Rucker enters
10/15. Michael Rhodes was pronounced deceased.

PS 1 of 2

EXHIBIT B

YC 0013   MR000013